# O'BRIEN & LEVINE
## Court Reporting Services



**YOUR BOSTON CONNECTION...WORLDWIDE**

## Vincent De Giovanni, et al. v. Jani-King International, Inc., et al.

Transcript of the Testimony of:

# Donald Albin Burleson

# April 28, 2009

www.court-reporting.com
mail@court-reporting.com

**195 State Street**
**Boston, MA 02109**
**(617) 399-0130  888.825.DEPO(3376)**

James A. Scally   33790

Case 1:07-cv-10066-MLW   Document 96-2   Filed 10/01/2009   Page 2 of 5

Donald Albin Burleson 4/28/2009
Vincent De Giovanni, et al. v. Jani-King International, Inc., et al.

Page 1

1              UNITED STATES DISTRICT COURT

2                DISTRICT OF MASSACHUSETTS

3

4  --------------------------------x

5  VINCENT DE GIOVANNI, MARIETTE
   BARROS, and all others similarly
6  situated,

7                        Plaintiffs,
                                           Civil Action
8  vs.                                     No. 07-10066

9  JANI-KING INTERNATIONAL, INC.,
   JANI-KING, INC., and JANI-KING
10 OF BOSTON, INC.,

11                        Defendants.

12 --------------------------------x

13

14

15        DEPOSITION OF DONALD ALBIN BURLESON, a witness

16     called by and on behalf of the Plaintiffs, taken

17     pursuant to Rule 30 of the Federal Rules of Civil

18     Procedure, before James A. Scally, RMR, CRR, a Notary

19     Public in and for the Commonwealth of Massachusetts,

20     at the offices of Pyle, Rome, Lichten, Ehrenberg &

21     Liss-Riordan PC, 18 Tremont Street, Boston,

22     Massachusetts, on Tuesday, April 28, 2009, commencing

23     at 9:09 a.m.

24

Donald Albin Burleson 4/28/2009
Vincent De Giovanni, et al. v. Jani-King International, Inc., et al.

Page 2

1                A P P E A R A N C E S

2

3        PYLE, ROME, LICHTEN, EHRENBERG &

4        LISS-RIORDAN PC

5        18 Tremont Street

6        Suite 500

7        Boston, Massachusetts   02108

8        617-367-7200

9        By:   Hillary Schwab, Esq.

10             Alex Sugerman-Brozan, Esq.

11             Counsel for the Plaintiffs

12

13       NIXON PEABODY LLP

14       100 Summer Street

15       Boston, Massachusetts   02110

16       617-345-1000

17       By:   Arthur L. Pressman, Esq.

18             Gregg A. Rubenstein, Esq.

19             Counsel for the Defendants

20

21

22

23

24

Donald Albin Burleson 4/28/2009
Vincent De Giovanni, et al. v. Jani-King International, Inc., et al.

Page 6

```
 1   M, are you informed as to those topics?
 2       A.   I'm not sure what you mean by informed.  I -- I
 3   have general knowledge.  I don't know what -- not to be
 4   smart, I just don't know what informed --
 5               MR. RUBENSTEIN:  Let me just object
 6           for a second and note there's been a
 7           protective order filed with respect to
 8           these that also includes parts of paragraph
 9           J, not all of it, but there's a reference
10           in paragraph J for something to do with the
11           insurance.  Just so the record's clear.
12           Those are the topics for which we have
13           objection to.
14       Q.   Mr. Burleson, it's my understanding your attorneys
15   are objecting to testimony as to paragraphs K, L, and M,
16   and a small portion of paragraph J.  But would you be the
17   30(b)(6) deponent for those topics if they were to go
18   forward?
19               MR. PRESSMAN:  Objection.
20       Q.   If you know.
21       A.   I don't know.
22       Q.   What does Jani-King International do?
23       A.   Jani-King International is the parent corporation
24   for two subsidiary corporations, both of which operate
```

Case 1:07-cv-10066-MLW   Document 96-2   Filed 10/01/2009   Page 5 of 5

Donald Albin Burleson 4/28/2009
Vincent De Giovanni, et al. v. Jani-King International, Inc., et al.

Page 7

1  Jani-King franchising systems.  One side is a franchisor of
2  master franchises; that's Jani-King Franchising, Inc.  The
3  other subsidiary, Jani-King, Inc., is a holding company for
4  a number of subsidiaries, wholly-owned subsidiaries that
5  franchise Jani-King Franchising systems, sell franchises in
6  the domestic US.  Jani-King International, in addition to
7  being the holder of the trademarks and the owner of the
8  confidential information, the system of Jani-King also
9  provides some support to various subsidiaries.
10      Q.   What type of support does it provide?
11      A.   Some operational support, some software design
12  computer support, accounting functions, and some management
13  as well.
14           MS. SCHWAB:  Okay.  Should we mark
15       the exhibit.
16           MR. SUGERMAN-BROZAN:  It's 93.
17           (Exhibit 93, amended notice of
18       deposition, marked.)
19      Q.   What software design specifically does Jani-King
20  International have involvement in?
21      A.   Well, we have an IT department that we have our
22  own customized software for franchisee accounting, some
23  corporate accounting functions.
24      Q.   Is that the software that records all the