

# RECEIPT

THIS OFFERING CIRCULAR SUMMARIZES PROVISIONS OF THE FRANCHISE AGREEMENT AND OTHER INFORMATION IN PLAIN LANGUAGE. READ THIS OFFERING CIRCULAR AND ALL AGREEMENTS CAREFULLY. IF WE OFFER YOU A FRANCHISE, WE MUST PROVIDE THIS OFFERING CIRCULAR TO YOU BY THE EARLIEST OF:

1. THE FIRST PERSONAL MEETING TO DISCUSS OUR FRANCHISE; OR
2. 10 BUSINESS DAYS BEFORE THE SIGNING OF A BINDING AGREEMENT; OR
   10 BUSINESS DAYS BEFORE ANY PAYMENT TO US.

YOU MUST ALSO RECEIVE A FRANCHISE AGREEMENT CONTAINING ALL MATERIAL TERMS AT LEAST 5 BUSINESS DAYS BEFORE YOU CAN SIGN ANY FRANCHISE AGREEMENT. IF WE DO NOT DELIVER THIS OFFERING CIRCULAR ON TIME OR IF IT CONTAINS A FALSE OR MISLEADING STATEMENT, OR A MATERIAL OMISSION, A VIOLATION OF FEDERAL AND STATE LAW MAY HAVE OCCURRED AND SHOULD BE REPORTED TO THE FEDERAL TRADE COMMISSION, WASHINGTON, D.C. 20580 AND THE APPROPRIATE STATE AGENCY.

WE AUTHORIZE CT CORPORATION SYSTEM, LOCATED AT 9 CAPITOL STREET, CONCORD, NEW HAMPSHIRE; AND CT CORPORATION, LOCATED AT 101 FEDERAL STREET, BOSTON, MASSACHUSETTS 02110; TO RECEIVE SERVICE OF PROCESS FOR US IN THE STATES OF CONNECTICUT, NEW HAMPSHIRE AND MASSACHUSETTS RESPECTIVELY.

I have received a Uniform Franchise Offering Circular dated April 30, 2004. This offering circular included the following Exhibits:

| I | Franchise Agreement | V | Tables of Contents for Manuals |
|---|---|---|---|
| II | Account Acceptance/Finder's Fee Agreement and Guaranty | VI | Financial Statements |
| III | Equipment Lease Summary and Equipment Lease Agreement | VII | List of Franchisees |
| IV | Office Supply and Advertising Package, Supply & Equipment Package and Additional Electrical Equipment | VIII | Receipt of Offering Circular |

DATE: 2/8/05

SIGNATURE:

Vincent DeGiovanni
(Print Name)

ADDRESS:
13 Laurel AVE
Westford MA. 01886
617. 453-0586
(Telephone Number with area code)

COMPLETE BELOW IF FOR PARTNERSHIP OR CORPORATION

NAME OF CORPORATION OR PARTNERSHIP

TITLE

REFERRED BY:

Franchisee

JANI-KING OF BOSTON, INC.
RECEIPT OF OFFERING CIRCULAR: 4/04

IKB 000652



## ACKNOWLEDGMENT OF RECEIPT BY PROSPECTIVE FRANCHISEE
## OF ALL CONTRACTS AND RELATED FRANCHISE DOCUMENTS

DATE: _2/25/05_ , _____    PROSPECTIVE FRANCHISEE: _Vincent DeGiovanni_

_13  Laurel Avenue_

_Westford, MA   01886_

The undersigned, personally, and/or as an officer or partner of the above named Prospective Franchisee, does acknowledge on the date above that the following dates are ACCURATE, TRUE and CORRECT relative to the following stated transactions with JANI-KING OF _Boston, Inc._ ("Franchisor"):

1. _2/8/05_ , _____ .
(Month/Day/Year)

The date on which I received a Disclosure Statement (also called the Uniform Franchise Offering Circular) about the franchise being offered by the Franchisor.

2. _2/8/05_ , _____ .
(Month/Day/Year)

The date of my first face to face meeting with the Franchisor's Marketing Representative to discuss the possible purchase of a franchise.

3. _2/8/05_ , _____ .
(Month/Day/Year)

The date when I received a completed copy (other than signatures) of the following franchise documents marked below:

☑ JANI-KING FRANCHISE AGREEMENT
☐ GUARANTY
☐ OTHER

4. _2/25/05_ , _____ .
(Month/Day/Year)

The date on which I signed the Franchise Agreement.

5. _2/25/05_ , _____ .
(Month/Day/Year)

The earliest date on which I delivered cash, check or other consideration to the Franchisor's Marketing Representative.

**REPRESENTATIONS:**

1. No oral, written or visual claim or representation, which contradicted the Disclosure Statement, was made to me except (If none, write the word "none" below.)

_VP  none_

2. No oral, written or visual claim or representation, which stated or suggested any sales, income or profit levels, was made to me except: (If none, write the word "none" below.) _VD  none_

| JANI-KING: | PROSPECTIVE FRANCHISEE: |
|---|---|
| _____ | BY: _____ |
| Marketing Representative | BY: _____ |
| APPROVED BY | BY: _____ |
| BY: _Stacy L. Manley_ | TITLE: _____ |
| **LEGAL ASSISTANT** | (Partner or Authorized Officer of Corporation) |
| TITLE: _____ | |

©2001 Jani-King International, Inc. AD0501-0118/revised 5-1-02 ©2002



## RECEIPT

THIS OFFERING CIRCULAR SUMMARIZES PROVISIONS OF THE FRANCHISE AGREEMENT AND OTHER INFORMATION IN PLAIN LANGUAGE. READ THIS OFFERING CIRCULAR AND ALL AGREEMENTS CAREFULLY. IF WE OFFER YOU A FRANCHISE, WE MUST PROVIDE THIS OFFERING CIRCULAR TO YOU BY THE EARLIEST OF:

1. THE FIRST PERSONAL MEETING TO DISCUSS OUR FRANCHISE; OR
2. 10 BUSINESS DAYS BEFORE THE SIGNING OF A BINDING AGREEMENT; OR
   10 BUSINESS DAYS BEFORE ANY PAYMENT TO US.

YOU MUST ALSO RECEIVE A FRANCHISE AGREEMENT CONTAINING ALL MATERIAL TERMS AT LEAST 5 BUSINESS DAYS BEFORE YOU CAN SIGN ANY FRANCHISE AGREEMENT. IF WE DO NOT DELIVER THIS OFFERING CIRCULAR ON TIME OR IF IT CONTAINS A FALSE OR MISLEADING STATEMENT, OR A MATERIAL OMISSION, A VIOLATION OF FEDERAL AND STATE LAW MAY HAVE OCCURRED AND SHOULD BE REPORTED TO THE FEDERAL TRADE COMMISSION, WASHINGTON, D.C. 20580 AND THE APPROPRIATE STATE AGENCY.

WE AUTHORIZE CT CORPORATION, LOCATED AT 1 COMMERCIAL PLAZA, HARTFORD, CONNECTICUT 06103; CT CORPORATION SYSTEM, LOCATED AT 9 CAPITOL STREET, CONCORD, NEW HAMPSHIRE; AND CT CORPORATION, LOCATED AT 101 FEDERAL STREET, BOSTON, MASSACHUSETTS 02110; TO RECEIVE SERVICE OF PROCESS FOR US IN THE STATES OF CONNECTICUT, NEW HAMPSHIRE AND MASSACHUSETTS RESPECTIVELY.

I have received a Uniform Franchise Offering Circular dated April 30, 2003. This offering circular included the following Exhibits:

| I | Franchise Agreement | V | Tables of Contents for Manuals |
|---|---|---|---|
| II | Account Acceptance/Finder's Fee Agreement and Guaranty | VI | Financial Statements |
| III | Equipment Lease Summary and Equipment Lease Agreement | VII | List of Franchisees |
| IV | Office Supply and Advertising Package, Supply & Equipment Package and Additional Electrical Equipment | VIII | Receipt of Offering Circular |

DATE: _08 / 06 /2003 ,_____

SIGNATURE:

_Mavitti S S Bamor_

_eBay Mavitti S S Bamor_
(Print Name) _MARIETtE L. S BARROS_

ADDRESS:
_24 Alexander Ave_

_medford - MA - 02155_

_(781) 395 - 2843_
(Telephone Number with area code)

COMPLETE BELOW IF FOR
PARTNERSHIP OR CORPORATION

_____

NAME OF CORPORATION OR
PARTNERSHIP

_____

TITLE

_____

REFERRED BY:

_____

Franchisee

JANI-KING OF BOSTON, INC.
RECEIPT OF OFFERING CIRCULAR: 4/03

JKB 000033