# SCHEDULE C
## (Form 1040)
Department of the Treasury
Internal Revenue Service (99)

# Profit or Loss From Business
(Sole Proprietorship)

▶ Partnerships, joint ventures, etc, must file Form 1065 or 1065-B.
▶ Attach to Form 1040, 1040NR, or 1041.  ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

## 2006
Attachment Sequence No. 09

Name of proprietor: **VINCENT DE GIOVANNI**

Social security number (SSN): _____

**A** Principal business or profession, including product or service (see instructions): **CLEANING**

**B** Enter code from instructions: ▶ **812990**

**C** Business name. If no separate business name, leave blank.: **CDD ENTERPRISE, LLC**

**D** Employer ID number (EIN), if any: _____

**E** Business address (including suite or room no.) ▶ _____
City, town or post office, state, and ZIP code

**F** Accounting method: (1) [X] Cash  (2) [ ] Accrual  (3) [ ] Other (specify) ▶ _____

**G** Did you 'materially participate' in the operation of this business during 2006? If 'No,' see instructions for limit on losses. [X] Yes [ ] No

**H** If you started or acquired this business during 2006, check here ▶ [ ]

## Part I  Income

| | | |
|---|---|---|
| 1 | Gross receipts or sales. Caution. If this income was reported to you on Form W-2 and the 'Statutory employee' box on that form was checked, see the instructions and check here ▶ [ ] | 29,186. |
| 2 | Returns and allowances | |
| 3 | Subtract line 2 from line 1 | 29,186. |
| 4 | Cost of goods sold (from line 42 on page 2) | 3,200. |
| 5 | Gross profit. Subtract line 4 from line 3 | 25,986. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund | |
| 7 | Gross income. Add lines 5 and 6 ▶ | 25,986. |

## Part II  Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | |
|---|---|---|---|---|---|
| 8 | Advertising | | 18 | Office expense | |
| 9 | Car and truck expenses (see instructions) | 4,653. | 19 | Pension and profit-sharing plans | |
| 10 | Commissions and fees | | 20 | Rent or lease (see instructions): | |
| 11 | Contract labor (see instructions) | 3,200. | 20a | Vehicles, machinery, and equipment | |
| 12 | Depletion | | 20b | Other business property | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 3,721. | 21 | Repairs and maintenance | 1,925. |
| | | | 22 | Supplies (not included in Part III) | 6,046. |
| | | | 23 | Taxes and licenses | |
| 14 | Employee benefit programs (other than on line 19) | | 24 | Travel, meals, and entertainment: | |
| | | | 24a | Travel | |
| 15 | Insurance (other than health) | | 24b | Deductible meals and entertainment | |
| 16 | Interest: | | 25 | Utilities | |
| a | Mortgage (paid to banks, etc.) | 5,704. | 26 | Wages (less employment credits) | |
| b | Other | | 27 | Other expenses (from line 48 on page 2) | |
| 17 | Legal & professional services | | | | |
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 in columns ▶ | | | | 25,249. |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 | | | | 737. |
| 30 | Expenses for business use of your home. Attach Form 8829 | | | | |
| 31 | Net profit or (loss). Subtract line 30 from line 29. | | | | 737. |

• If a profit, enter on both **Form 1040, line 12**, and **Schedule SE, line 2** or on **Form 1040NR, line 13** (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3.

• If a loss, you **must** go to line 32.

**32** If you have a loss, check the box that describes your investment in this activity (see instructions).

• If you checked 32a, enter the loss on both **Form 1040, line 12**, and **Schedule SE, line 2**, or on **Form 1040NR, line 13** (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3.

**32a** [ ] All investment is at risk.

• If you checked 32b, you **must** attach **Form 6198**. Your loss may be limited.

**32b** [ ] Some investment is not at risk.

BAA For Paperwork Reduction Act Notice, see Form 1040 instructions.

Schedule C (Form 1040) 2006

FDIZ0112L 11/03/06

JANI 1355

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

### Part III  Cost of Goods Sold (see instructions)

33  Method(s) used to value closing inventory:  a ☐ Cost   b ☐ Lower of cost or market   c ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If 'Yes,' attach explanation............................................................................................  ☐ Yes ☐ No

| | | |
|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation............................ | 35 | |
| 36 | Purchases less cost of items withdrawn for personal use............................ | 36 | 3,200. |
| 37 | Cost of labor. Do not include any amounts paid to yourself............................ | 37 | |
| 38 | Materials and supplies............................ | 38 | |
| 39 | Other costs............................ | 39 | |
| 40 | Add lines 35 through 39............................ | 40 | 3,200. |
| 41 | Inventory at end of year............................ | 41 | |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4............................ | 42 | 3,200. |

### Part IV  Information on Your Vehicle. Complete this part only if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month, day, year)  ► _____.

44  Of the total number of miles you drove your vehicle during 2006, enter the number of miles you used your vehicle for:
  a Business _____    b Commuting (see instructions) _____    c Other _____

45  Do you (or your spouse) have another vehicle available for personal use?............................................................................................  ☐ Yes ☐ No

46  Was your vehicle available for personal use during off-duty hours?............................................................................................  ☐ Yes ☐ No

47 a Do you have evidence to support your deduction?............................................................................................  ☐ Yes ☐ No

  b If 'Yes,' is the evidence written?............................................................................................  ☐ Yes ☐ No

### Part V  Other Expenses. List below business expenses not included on lines 8-26 or line 30.

| | |
|---|---|
| _____ | |
| _____ | |
| _____ | |
| _____ | |
| _____ | |
| _____ | |
| _____ | |
| _____ | |
| _____ | |
| 48 Total other expenses. Enter here and on page 1, line 27............................ | 48 |

Schedule C (Form 1040) 2006

FDIZ0112L  11/03/06

JANI 1356

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

# SCHEDULE C (Form 1040)
Department of the Treasury
Internal Revenue Service (99)

## Profit or Loss From Business
(Sole Proprietorship)

▶ Partnerships, joint ventures, etc., must file Form 1065 or 1065-B.
▶ Attach to Form 1040 or 1041.   ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

**2005**

Attachment Sequence No. **09**

Name of proprietor: **VINCENT DE GIOVANNI**

Social security number (SSN):

**A** Principal business or profession, including product or service (see instructions)
**CLEANING**

**B** Enter code from instructions ▶ **812990**

**C** Business name. If no separate business name, leave blank.
**CDD ENTERPRISE, LLC**

**D** Employer ID number (EIN), if any

**E** Business address (including suite or room no.) ▶
City, town or post office, state, and ZIP code

**F** Accounting method: (1) [X] Cash   (2) [ ] Accrual   (3) [ ] Other (specify) ▶

**G** Did you 'materially participate' in the operation of this business during 2005? If 'No,' see instructions for limit on losses. [X] Yes  [ ] No

**H** If you started or acquired this business during 2005, check here ▶ [X]

## Part I — Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. Caution. If this income was reported to you on Form W-2 and the 'Statutory employee' box on that form was checked, see the instructions and check here ▶ [ ] | 1 | 9,894. |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 9,894. |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 | 9,894. |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund | 6 | |
| 7 | Gross income. Add lines 5 and 6 ▶ | 7 | 9,894. |

## Part II — Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | | 18 Office expense | 18 | |
| 9 | Car and truck expenses (see instructions) | 9 | 1,120. | 19 Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 10 | | 20 Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | | a Vehicles, machinery, and equipment | 20a | |
| 12 | Depletion | 12 | | b Other business property | 20b | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | 4,052. | 21 Repairs and maintenance | 21 | 500. |
| | | | | 22 Supplies (not included in Part III) | 22 | 1,560. |
| | | | | 23 Taxes and licenses | 23 | |
| | | | | 24 Travel, meals, and entertainment: | | |
| | | | | a Travel | 24a | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | b Deductible meals and entertainment | 24b | |
| 15 | Insurance (other than health) | 15 | | 25 Utilities | 25 | |
| 16 | Interest: | | | 26 Wages (less employment credits) | 26 | |
| | a Mortgage (paid to banks, etc) | 16a | | 27 Other expenses (from line 48 on page 2) | 27 | 1,025. |
| | b Other | 16b | | | | |
| 17 | Legal & professional services | 17 | 250. | | | |
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 in columns ▶ | | | | 28 | 8,507. |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 | | | | 29 | 1,387. |
| 30 | Expenses for business use of your home. Attach Form 8829 | | | | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29. | | | | | |
| | • If a profit, enter on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3. | | | | 31 | 1,387. |
| | • If a loss, you must go to line 32. | | | | | |

**32** If you have a loss, check the box that describes your investment in this activity (see instructions).
• If you checked 32a, enter the loss on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3.
• If you checked 32b, you must attach Form 6198. Your loss may be limited.

32a [ ] All investment is at risk.
32b [ ] Some investment is not at risk.

BAA For Paperwork Reduction Act Notice, see Form 1040 instructions.

Schedule C (Form 1040) 2005

FDIZ0112L  11/14/05

JANI 1357

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

### Part III  Cost of Goods Sold (see instructions)

33 Method(s) used to value closing inventory: **a** ☐ Cost   **b** ☐ Lower of cost or market   **c** ☐ Other (attach explanation)

34 Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If 'Yes,' attach explanation................................................................... ☐ Yes ☐ No

| | | |
|---|---|---|
| 35 Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 | |
| 36 Purchases less cost of items withdrawn for personal use | 36 | |
| 37 Cost of labor. Do not include any amounts paid to yourself | 37 | |
| 38 Materials and supplies | 38 | |
| 39 Other costs | 39 | |
| 40 Add lines 35 through 39 | 40 | |
| 41 Inventory at end of year | 41 | |
| 42 Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on page 1, line 4 | 42 | |

### Part IV  Information on Your Vehicle. Complete this part only if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43 When did you place your vehicle in service for business purposes? (month, day, year) ▶ _ _ _ _ _ _ _ _ _ _ _ _

44 Of the total number of miles you drove your vehicle during 2005, enter the number of miles you used your vehicle for:
   **a** Business _ _ _ _ _ _ _ _ _ _     **b** Commuting _ _ _ _ _ _ _ _ _ _     **c** Other _ _ _ _ _ _ _ _ _ _

45 Do you (or your spouse) have another vehicle available for personal use?........................ ☐ Yes ☐ No

46 Was your vehicle available for personal use during off-duty hours?................................ ☐ Yes ☐ No

47a Do you have evidence to support your deduction?........................................... ☐ Yes ☐ No

   **b** If 'Yes,' is the evidence written?........................................................ ☐ Yes ☐ No

### Part V  Other Expenses. List below business expenses not included on lines 8-26 or line 30.

| | |
|---|---|
| TELEPHONE | 1,025. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| 48 Total other expenses. Enter here and on page 1, line 27.    48 | 1,025. |

JANI 1358
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY