

**COMMERCIAL CLEANING SERVICES**

March 21, 2006

Jani-King of Boston, Inc.
6 Lincoln Knoll Lane
Suite 104
Burlington, MA 01803
(781) 229-5655
Fax: (781) 272-2295

**United States**
Albuquerque • Atlanta
Austin • Baltimore
Baton Rouge • Birmingham
Boston • Buffalo
Charleston • Charlotte
Chattanooga
Chicago • Cincinnati
Cleveland • Colton
Columbia • Columbus
Dallas • Dayton
Denver • Detroit
Fort Worth • Greensboro
Greenville/Spartanburg
Hampton Roads
Hartford • Hawaii
Houston • Huntsville
Indianapolis • Jacksonville
Kansas City • Knoxville
Lafayette/Lake Charles
Las Vegas • Little Rock
Los Angeles • Louisville
Madison • Memphis
Miami • Milwaukee
Minneapolis • Mobile
Nashville • New Jersey
New Orleans • New York
Oakland • Oklahoma City
Orlando • Philadelphia
Phoenix • Pittsburgh
Portland • Raleigh/Durham
Rhode Island
Richmond • Sacramento
Salt Lake City • San Antonio
San Diego • San Francisco
Seattle • SE Mississippi
St. Louis • Tampa Bay
Tucson • Tulsa
Washington, D.C.

Argentina
Australia
Belgium
Brazil
Canada
France
Great Britain
Hong Kong
Malaysia
Mexico
New Zealand
Russia
Singapore
South Korea
Taiwan
Turkey

CERTIFIED MAIL-RETURN RECEIPT REQUESTED

C.C.D, Enterprise, L.L.C.
13 Laurel Ave
Westford, MA 01886

Dear Vinnie:

We are pleased to inform you that JANI-KING has fulfilled its contractual obligation to offer you at least $10000.00 in monthly revenue as stated in your Franchise Agreement.

Please find below a complete listing of every account that we have offered you since you completed training and secured all necessary equipment and supplies.

| Date of Offer | Account | Amount | Acceptance |
|---|---|---|---|
| 5-2-05 | Governor's Park | $3120 | Yes |
| 10-17-05 | Margarita's | $1495 | Yes |
| 10-23-05 | Friendly's | $1516 | Yes |
| 10-23-05 | Friendly's | $1180 | Yes |
| 11-28-05 | Crispus Attucks | $2495 | Yes |
| 3-21-06 | First Student | $1595 | No |
| 3-21-06 | First Student | $1495 | No |
| | Total Offering | $12896   Accepted $9806 | |

Although we have fulfilled our contractual obligation to you, you choose not to accept the **First Student** Account valued at $1595 per month, the **First Student** Account valued at $1495, JANI-KING will continue to offer business to you without assessing a finder's fee until your franchise is servicing $10000.00 in monthly business. As per the Franchise Agreement, the additional business will be offered at JANI-KING'S earliest convenience.

Sincerely,

Brenda Bailey
Customer Service

CONFIDENTIAL
JKB00002740