Jani-King International, Inc.

Page 1 of 1

JANI-KING OF BOSTON, INC.
Obligation History for 291440 - C.D.D. ENTERPRISE, L.L.C.
Plan Type E10, Initial Business $10,000.00, Signed: 2/25/2005

Printed By: dmoore

12/6/2006
10:38:35 AM

A=Active, C=Cancelled, D=Declined, I=InActive, S=Suspended, T=Transferred

| Status | Customer No | Offered | Days Kept | Name | Sales Rep | Contract Amt | Legal Balance | Moral Balance |
|---|---|---|---|---|---|---|---|---|
| C | 440001 | 5/2/2005 | 40 | GOVERNORS PARK CONDOS | HOPPEL | $3,120.00 | $6,880.00 | $0.00 |
| T | 440002 | 10/15/2005 | 219 | MARGARITA'S | KOSTINDAN | $1,495.00 | $5,385.00 | $0.00 |
| C | 440003 | 10/23/2005 | 286 | FRIENDLY'S #85 | KOSTINDAN | $1,278.00 | $4,107.00 | $0.00 |
| C | 440004 | 10/23/2005 | 66 | FRIENDLYS | KOSTINDAN | $1,516.00 | $2,591.00 | $0.00 |
| T | 440005 | 11/28/2005 | 65 | CRISPUS ATTUCKS CHILDRENS CTR | GOFFREDO | $2,495.00 | $96.00 | $0.00 |
| D | 426011 | 3/22/2006 | | FIRST STUDENT | | $1,495.00 | $0.00 | $96.00 |
| D | 426012 | 3/22/2006 | | FIRST STUDENT - HYDE PARK | GOFFREDO | $1,595.00 | $0.00 | $96.00 |
| A | 440006 | 4/3/2006 | 247 | LOGAN INTERNATIONAL HEALTHCARE | BRIOCHE | $1,020.00 | $0.00 | $0.00 |

Total Amount Offered: $14,014.00    Accounts Offered: 8

http://192.168.3.160/Franchisee/rptobligation.asp

12/6/2006

JKB 000527