*03/12/2009*
*11:19:14*
*Using Fran ID Code*
*\* No 1099 - Franchisee will be excluded from the summary report.*

# JANI-KING OF BOSTON, INC.
## Franchisee 1099 Report - 2005
### Special Trust Checks January thru December 2005

**1099 Name:** VINCENT DE GIOVANNI     **Fran No:** 291440   **ID:** 000     **SSN/FID:** XXX-XX-4233
**Address:** 13 LAUREL AVENUE   WESTFORD, MA 01886

| Date | Check # | Name | | Amount |
|---|---|---|---|---|
| 06/05/2005 | 90021182 | VINCENT DE GIOVANNI | D | 2,481.20 |
| 07/05/2005 | 90021408 | VINCENT DE GIOVANNI | D | 1,533.33 |
| 11/05/2005 | 90022386 | VINCENT DE GIOVANNI | D | 1,243.68 |
| 12/05/2005 | 90022621 | VINCENT DE GIOVANNI | D | 4,635.55 |
| Total for VINCENT DE GIOVANNI | | | | 9,893.76 |
| **Report Total:** | | | | **9,893.76** |

| 03/12/2009 | JANI-KING OF BOSTON, INC. | |
|---|---|---|
| 11:19:23 | Franchisee 1099 Report - 2006 | |
| Using Fran ID Code | Special Trust Checks January thru December 2006 | |
| * No 1099 - Franchisee will be excluded from the summary report. | | |

**1099 Name:** VINCENT DE GIOVANNI    **Fran No:** 291440  **ID:** 000    **SSN/FID:** XXX-XX-4233
**Address:**   13 LAUREL AVENUE   WESTFORD, MA  01886

| Date | Check # | Name | | Amount |
|---|---|---|---|---|
| 01/05/2006 | 90022867 | VINCENT DE GIOVANNI | D | 5,784.75 |
| | Total for VINCENT DE GIOVANNI | | | 5,784.75 |

| 03/12/2009 | JANI-KING OF BOSTON, INC. |  |
| 11:19:23 | Franchisee 1099 Report - 2006 | |
| *Using Fran ID Code* | Special Trust Checks January thru December 2006 | |
| * No 1099 - Franchisee will be excluded from the summary report. | | |

**1099 Name:** C.D.D. ENTERPRISE, L.L.C.  **Fran No:** 291440  **ID:** 001  **SSN/FID:** XX-XXX7715
**Address:** 13 LAUREL AVENUE  WESTFORD, MA  01886

| Date | Check # | Name | | Amount |
|---|---|---|---|---|
| 02/05/2006 | 90023105 | C.D.D. ENTERPRISE, L.L.C. | D | 4,124.50 |
| 03/05/2006 | 90023386 | C.D.D. ENTERPRISE, L.L.C. | D | 1,650.82 |
| 04/05/2006 | 90023595 | C.D.D. ENTERPRISE, L.L.C. | D | 2,204.47 |
| 05/05/2006 | 90023817 | C.D.D. ENTERPRISE, L.L.C. | D | 2,972.24 |
| 06/05/2006 | 90024051 | C.D.D. ENTERPRISE, L.L.C. | D | 2,633.32 |
| 07/05/2006 | 90024274 | C.D.D. ENTERPRISE, L.L.C. | D | 1,825.65 |
| 08/05/2006 | 90024480 | C.D.D. ENTERPRISE, L.L.C. | D | 1,825.65 |
| 09/05/2006 | 90024710 | C.D.D. ENTERPRISE, L.L.C. | D | 1,145.39 |
| 10/04/2006 | 90025006 | C.D.D. ENTERPRISE, L.L.C. | B | 569.44 |
| 11/05/2006 | 90025173 | C.D.D. ENTERPRISE, L.L.C. | D | 806.45 |
| 12/05/2006 | 90025405 | C.D.D. ENTERPRISE, L.L.C. | D | 806.45 |
| **Total for C.D.D. ENTERPRISE, L.L.C.** | | | | **20,564.38** |
| **Report Total:** | | | | **26,349.13** |

| | | |
|---|---|---|
| 03/12/2009 | **JANI-KING OF BOSTON, INC.** |  |
| 11:19:36 | Franchisee 1099 Report - 2007 | |
| Using Fran ID Code | Special Trust Checks January thru December 2007 | |
| * No 1099 - Franchisee will be excluded from the summary report. | | |

**1099 Name:** C.D.D. ENTERPRISE, L.L.C.   **Fran No:** 291440  **ID:** 001   **SSN/FID:** XX-XXX7715
**Address:** 13 LAUREL AVENUE  WESTFORD, MA  01886

| | | | | |
|---|---|---|---|---|
| 01/05/2007 | 90025632 | C.D.D. ENTERPRISE, L.L.C. | D | 806.45 |
| Total for C.D.D. ENTERPRISE, L.L.C. | | | | 806.45 |
| **Report Total:** | | 806.45 | | |