

SUNNY SKY AND RAINBOWS, INC.
43 ST. PAUL STREET
DRACUT, MA 01826
978-957-5045.

October 31, 2006

Jani-King of Boston, Inc.
6 Lincoln Knoll Lane, Suite 104
Burlington, MA 01803

Dear Jani-King of Boston:

RE: Customer Number: 129020

After reviewing the work that has been performed since we took over this business and the fact that we have not had anyone come in to review the work being done since we purchased this location back on January 1, 2005, which was supposed to be done per the contract, we have decided to look at getting another cleaning service. This letter is to formally communicate to you in writing of our desire to terminate your cleaning service with our daycare location of Over The Rainbow at 6 Washington Street, North Reading MA. This will serve as our 30 day written notice and therefore means that your service and billings should stop on November 30, 2006. If you have any other questions or need anything else from us please let us know as soon as possible.

Thank you,

Kathleen Ronan
President

Brian Ronan
Treasurer
Sunny Sky and Rainbows, Inc.
Owners of:
Over The Rainbow
6 Washington Street
North Reading, MA 01864

View Archived Customer Service Calls                                                                                       Page 1 of 3

Printed By: dawn

JANI-KING OF BOSTON, INC.
Archived Customer Service Calls

5/1/2007
2:37:16 PM

**Customer #:** 129003   **Customer Name:** AUTOMATION SOLUTIONS
**Phone:** (617) 896-1726   **Fax:** (617) 542-4446
**Contact:** JOHN BRADY   **Ops Mgr:** S   **Clean Times:** per W

| Time/Cust | Status | Spoke With | Initiated | Action | Call Back | Type | Comment |
|---|---|---|---|---|---|---|---|
| 11/30/2004 12:55:48 129003 | Contacted | | | JK | | Cancellation | Cancel 12-17-04--> bbailey |
| 11/30/2004 07:11:51 129003 | Contacted | | Cust | | | Pending Cancellation | Received letter to cancel It said they are moving on 12-17 snf will not need our services at the new location.--> bbailey |
| 11/9/2004 08:52:12 129003 | Contacted | Bill | | JK | | Follow Up | (It was not our FO, but she went in and took care of it.)--> bbailey |
| 11/8/2004 07:57:57 129003 | Contacted | Bill | | JK | 11/9/2004 | Complaint | The trash was just tossed out of the elevator. She needs to con=me and pick it up>--> bbailey |
| 11/2/2004 10:04 AM 129003 | Other | | | JK | | Fax-A-Comment | Fax-A-Comment Fax no: 1 (617)542-4446  Attention: JOHN BRADY --> bbailey |
| 11/2/2004 09:57:12 129003 | Left Msg | | | JK | | Regular | --> bbailey |
| 10/6/2004 10:37 AM 129003 | Other | | | JK | | Fax-A-Comment | Fax-A-Comment Fax no: 1 (617)542-4446  Attention: JOHN BRADY --> bbailey |
| 10/6/2004 10:15:26 129003 | Left Msg | | | JK | | Regular | --> bbailey |
| 9/3/2004 08:56:01 129003 | Contacted | John | | JK | | Regular | Everything is ifne.--> bbailey |
| 8/6/2004 08:21:30 129003 | Contacted | John | | JK | | Regular | Everything is fine.--> bbailey |
| 7/7/2004 8:43 AM 129003 | Other | | | JK | | Fax-A-Comment | Fax-A-Comment Fax no: 1 (617)542-4446  Attention: JOHN BRADY --> bbailey |
| 7/7/2004 08:40:05 129003 | Left Msg | | | JK | | Regular | --> bbailey |
| 6/3/2004 08:06:51 129003 | Contacted | John | | JK | | Regular | Everything is fine--> bbailey |
| 5/6/2004 8:53 AM 129003 | Other | | | JK | | Fax-A-Comment | Fax-A-Comment Fax no: 1 (617)542-4446  Attention: JOHN BRADY --> bbailey |
| 5/6/2004 08:46:16 129003 | Left Msg | | | JK | | Regular | --> bbailey |
| 4/6/2004 09:36:25 129003 | Contacted | John | | JK | | Regular | Everything is fine.--> bbailey |
| 3/4/2004 08:27:22 129003 | Contacted | John | | JK | | Regular | Everything is fine.--> bbailey |
| 2/4/2004 10:36:32 129003 | Contacted | John | | JK | | Regular | Everything is fine.--> bbailey |
| 1/7/2004 13:32:57 | Contacted | John | | JK | | Regular | Everything is fine.--> bbailey |

| Date/Time / ID | Status | Name | Rep | % | Follow-up Date | Type | Notes |
|---|---|---|---|---|---|---|---|
| 10:38:15 398001 | Contacted | Scott | JK | | 12/6/2004 | Regular | Will let her know I called.--> bbailey |
| 11/4/2004 09:17:27 398001 | Contacted | Susie | JK | | | Regular | Going fine just get Washer and drier wiped down, and RR under soap dispensers are moldy--> bbailey |
| 11/3/2004 13:41:51 398001 | Contacted | Susie | JK | | 11/4/2004 | Regular | Call tomorrow between 10-2--> bbailey |
| 10/7/2004 08:43:29 398001 | Contacted | Susie | JK | | | Regular | Things are fine. (Young girl coming in there?)--> bbailey |
| 9/8/2004 08:41:38 398001 | Contacted | Susie | JK | | | Regular | Things are fine.--> bbailey |
| 8/11/2004 07:58:53 398001 | Contacted | Kristin | JK | | | Regular | Will let her know I called.--> bbailey |
| 8/10/2004 08:04:58 398001 | Contacted | Beth | JK | | 8/11/2004 | Follow Up | She will let her know I called.--> bbailey |
| 8/9/2004 08:33:10 398001 | Contacted | Susie | JK | | 8/10/2004 | Complaint | Looks better, but the woman with her brought in children.--> bbailey |
| 7/22/2004 08:07:01 398001 | Contacted | Raul | JK | 87% | | Inspection | --> bbailey |
| 7/8/2004 08:47:02 398001 | Contacted | Susie | JK | | | Regular | Things are good.--> bbailey |
| 6/11/2004 09:02:47 398001 | Contacted | Raul | JK | 96% | | Inspection | --> llaudenslager |
| 6/7/2004 09:14:48 398001 | Contacted | Susie | JK | | | Regular | going well, but dust more.--> bbailey |
| 6/4/2004 10:23:49 398001 | Contacted | Mike | JK | | 6/7/2004 | Regular | Will let her know I called--> bbailey |
| 5/10/2004 09:29:54 398001 | Contacted | Susie | JK | | | Regular | Going fine. Just make sure to put everything back in RR.--> bbailey |
| 5/6/2004 12:56:25 398001 | Contacted | Kyle | JK | | 5/10/2004 | Regular | Will let her know I called.--> bbailey |
| 4/9/2004 13:21:32 398001 | Contacted | Raul | JK | 89% | | Inspection | --> bbailey |
| 4/7/2004 08:44:34 398001 | Contacted | Susie | JK | | | Regular | So far so good.--> bbailey |
| 4/6/2004 10:51:32 398001 | Contacted | Mike | JK | | 4/7/2004 | Regular | Will let her know I called.--> bbailey |
| 3/11/2004 10:52:33 129011 | Contacted | Raul | JK | 90% | | Inspection | --> bbailey |
| 3/11/2004 07:54:55 129011 | Contacted | Susie | JK | | | Transfer | Trans from # 129 to # 398 3-9-04. Going great.--> bbailey |
| 3/4/2004 07:30:32 129011 | Contacted | Raul | JK | 86% | | Inspection | Not happy, wnats new FO--> bbailey |
| 2/10/2004 10:31:57 129011 | Contacted | Bob | JK | 92% | | Inspection | --> bbailey |
| 2/6/2004 08:31:32 | Contacted | Mike | JK | | | Fax-A- | Will let her know I called.--> bbailey |