**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| VINCENT DE GIOVANNI, <br> MARIETTE BARROS, and all others <br> similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> JANI-KING INTERNATIONAL, INC., <br> JANI-KING, INC. and <br> JANI-KING OF BOSTON, INC. <br>                      Defendants. | Docket No. 07-10066-RCL |

**PLAINTIFFS' ASSENTED-TO MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF RENEWED MOTION FOR CLASS CERTIFICATION AS TO CLAIMS BROUGHT UNDER MASS. GEN. L. CHAPTER 93A**

Plaintiffs request permission to file a reply brief in support of their renewed motion for class certification as to their Mass. Gen. L. Chapter 93A claims. As grounds for this motion, Plaintiffs state:

1. The defendants have raised numerous substantive issues in their opposition brief. In order for the Court to be fully briefed on the relevant issues, Plaintiffs request the opportunity to file a reply brief addressing the issues raised in defendants' opposition brief.

2. Plaintiffs' counsel has spoken with Defendants' counsel about this motion, and she has stated that Defendants assent to Plaintiffs' motion to file a reply brief.

For the foregoing reasons, Plaintiffs request that the Court grant them leave to file the proposed reply brief attached hereto as Exhibit A in further support of their renewed motion for class certification as to their Mass. Gen. L. Chapter 93A claims.

Respectfully submitted,

VINCENT DE GIOVANNI, MARIETTE BARROS, DIAMANTINO FERNANDES, MARIA PINTO, MANUEL FERNANDES, MARIA MONTEIRO, and all others similarly situated,

By their attorneys,

 s/ Hillary Schwab
Shannon Liss-Riordan, BBO #640716
Hillary Schwab, BBO #666029
LICHTEN & LISS-RIORDAN, P.C.
100 Cambridge Street, 20th Floor
Boston, MA 02114
(617) 994-5800

Dated:      January 13, 2010

### CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2010, a copy of this document was served by electronic filing on all counsel of record.

  s/ Hillary Schwab
Hillary Schwab, Esq.