# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VINCENT DE GIOVANNI, MARIETTE BARROS, DIAMANTINO FERNANDES, MARIA PINTO, MANUEL FERNANDES, MARIA MONTEIRO, and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>JANI-KING INTERNATIONAL, INC., JANI-KING, INC. and JANI-KING OF BOSTON, INC.,<br><br>        Defendants. | Case No. 07-10066 MLW |

## DEFENDANTS' MOTION FOR RECONSIDERATION

Defendants Jani-King International, Inc., Jani-King, Inc., and Jani-King of Boston, Inc., by counsel, respectfully move the Court to reconsider its June 8, 2012 Summary Judgment Order as it applies to Jani-King International, Inc. and Jani-King, Inc.  Defendants respectfully ask the Court to reconsider its order with regard to those two parent corporations and to permit further briefing so that the issues of joint liability and joint employment can be addressed by the parties.

The attached Brief in Support sets forth the basis of this motion and is incorporated herein by reference.

Dated: July 20, 2012

JANI-KING INTERNATIONAL, INC., JANI-KING, INC. and JANI-KING OF BOSTON, INC.

By their attorneys

s/Kerry L. Bundy
Kerry L. Bundy (pro hac vice)
Aaron D. Van Oort (pro hac vice)
Eileen M. Hunter (pro hac vice)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000
(612) 766-1600 (facsimile)

and

Arthur L. Pressman (BBO #643094)
Gregg A. Rubenstein (BBO #639680)
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts  02110
(617) 345-1000
(617) 345-1300 (facsimile)

## Local Rules 7.1(A)(2) Certification

Counsel for Defendants certifies that they conferred in good faith with Plaintiffs' counsel on July 16, 2012, in an unsuccessful effort to resolve or narrow the issues presented by this motion.

s/Kerry L. Bundy

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be served by regular U.S. mail upon any nonregistered participants on this 20th day of July, 2012.

s/Kerry L. Bundy

fb.us.8914722.01