```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

VINCENT DE GIOVANNI, MARIETTE    )
BARROS, DIAMANTINO  FERNANDES,   )
MARIA PINTO, MANUEL FERNANDES,   )
MARIA MONTEIRO, and all others   )
similarly situated,              )
    Plaintiffs,                  )
                                 )
    v.                           )   C.A. No. 07-10066-MLW
                                 )
JANI-KING INTERNATIONAL, INC.,   )
JANI-KING, INC., and             )
JANI-KING OF BOSTON, INC.,       )
    Defendants.                  )

## ORDER

WOLF, D.J.                                           August 1, 2012

    It is hereby ORDERED that:

    1. By August 3, 2012, the plaintiffs shall file any opposition to the defendants' Motion for Reconsideration (Docket No. 212).

    2. Any reply shall be filed by August 10, 2012.

    3. The scheduling conference previously scheduled for August 6, 2012 is canceled.

    4. By October 5, 2012, the parties shall report whether they have reached any agreement to resolve this case.

    5. This case is otherwise STAYED in light of the parties' agreement to mediate.

                                                        /s/ Mark L. Wolf
                                            UNITED STATES DISTRICT JUDGE