UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VINCENT DE GIOVANNI, MARIETTE BARROS, DIAMANTINO FERNANDES, MARIA PINTO, MANUEL FERNANDES, MARIA MONTEIRO, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JANI-KING INTERNATIONAL, INC., JANI-KING, INC. and JANI-KING OF BOSTON, INC.,<br><br>Defendants. | Docket No. 07-10066 MLW |

**UNOPPOSED MOTION OF NICHOLAS D. STELLAKIS TO WITHDRAW**

In accordance with Local Rule 83.5.2(c), the undersigned respectfully seeks leave to withdraw as counsel of record for all Defendants, Jani-King International, Inc., Jani-King, Inc., and Jani-King of Boston, Inc. In support of this motion, the undersigned states as follows:

1. This motion follows the Notice of Firm and Address Change of Barbara L. Moore, who will remain counsel of record in this case.

2. Counsel for the Plaintiffs have stated that they do not object to this motion.

For the foregoing reasons, the undersigned respectfully ask that the Court allow the undersigned to withdraw as counsel of record for the Defendants in the above-captioned matter.

*ALLOWED*
*W.f. DJ*
*Nov. 12, 2013*

1