UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

VINCENT DE GIOVANNI, MARIETTE            )
BARROS, DIAMANTINO FERNANDES,            )
MARIA PINTO, MANUEL FERNANDES,           )
MARIA MONTEIRO, and all others           )
similarly situated,                      )
    Plaintiffs,                          )
                                         )
    v.                                   )  Civ. A. No. 07-10066-MLW
                                         )
JANI-KING INTERNATIONAL, INC.,           )
JANI-KING, INC., and                     )
JANI-KING OF BOSTON, INC.,               )
    Defendants.                          )

ORDER

WOLF, D.J.                                                                    March 21, 2014

    As stated at the March 20, 2014 hearing, it is hereby ORDERED that:

    1.   By March 25, 2014, plaintiffs' counsel shall file:

    a)   A motion to consolidate this case with <u>Shanley v. Jani-King International, Inc.</u>, Civ. No. 12-12146-FDS.

    b)   A revised proposed Order of Preliminary Approval modeled on the February 1, 2014 Order issued in <u>Lucas v. Ultima Framingham LLC</u>, Civ. No. 12-12380-MLW.

    c)   A revised proposed Notice of Proposed Class Action Settlement modeled on the Notice approved in the February 1, 2014 Order referenced in ¶1(b) <u>supra</u>.

2. Any objections to the proposed settlement and any requests by class members to opt out of the settlement shall be filed by July 17, 2014.

3. By July 28, 2014, plaintiffs' counsel shall file:

a) A memorandum in support of final approval of the settlement agreement, along with any objections and opt-out notices received from members of the class.

b) A memorandum and an affidavit in support of an award of attorney's fees and costs. See, e.g., Gay Officers Action League v. Puerto Rico, 247 F.3d 288, 295 (1st Cir. 2001) (describing the lodestar approach); In re Thirteen Appeals Arising Out of San Juan Dupont Plaza Hotel Fire Litig., 56 F.3d 295, 307 (1st Cir. 1995) (holding that in common fund cases, the court "may calculate counsel fees either on a percentage of the fund basis or by fashioning a lodestar," and explaining that "time logged is still relevant to the court's inquiry" even under the former method, because "time records tend to illuminate the attorneys' role in the creation of the fund, and, thus, inform the court's inquiry into the reasonableness of a particular percentage").

4.  The final settlement hearing will be held on August 7, 2014, at 3:00 p.m.

```
                              _____
                              UNITED STATES DISTRICT JUDGE
```