UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VINCENT De GIOVANNI, et al., and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JANI-KING INTERNATIONAL, INC., JANI-KING, INC., and JANI-KING OF BOSTON, INC.,<br><br>Defendants. | Civil Action No. 07-10066-MLW |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Sara Smolik as attorney for Plaintiffs in the above-captioned matter. Plaintiffs will continue to be represented by Lichten & Liss-Riordan, P.C.

Dated: April 24, 2014

Respectfully submitted,

VINCENT DeGIOVANNI, MARIETTE BARROS, and all others similarly situated,

By their attorneys,

_____
Shannon Liss-Riordan (BBO #640716)
Sara Smolik (BBO #661341)
LICHTEN & LISS-RIORDAN, P.C.
100 Cambridge Street, 20th Floor
Boston, MA 02114
(617) 994-5800

## CERTIFICATE OF SERVICE

I hereby certify that I served a true copy of this document via first class mail on April 24, 2014, on counsel for the defendants.

_____
Sara Smolik, Esq.